**UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Johannes P. BOERLAGE**
**Fireman Apprentice (E-2), U.S. Coast Guard**

**CGCMS 24931**
**Docket No. 1423**

**13 October 2016**

Special Court-Martial convened by Commander, Coast Guard Sector San Juan.  Tried at San Juan, Puerto Rico, on 9 December 2014.

| | |
|---|---|
| Military Judge: | CDR Brian K. Koshulsky, USCG |
| Trial Counsel: | LCDR Brooke E. Grant, USCG |
| Defense Counsel: | LT Kevin R. Larson, JAGC, USN |
| Appellate Defense Counsel: | LCDR Michael J. Meyer, USCG |
| Appellate Government Counsel: | LT Lars T. Okmark, USCGR |

**BEFORE**
**McCLELLAND, DUIGNAN & HERMAN**
Appellate Military Judges

Per curiam:

Appellant was tried by special court-martial, military judge alone.  Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of one specification of wrongful use of cocaine, in violation of Article 112a, Uniform Code of Military Justice (UCMJ).  The military judge sentenced Appellant to confinement for ninety days, reduction to E-1, forfeiture of $1020 pay per month for three months, and a bad-conduct discharge.  The Convening Authority disapproved confinement in excess of thirty days, in accordance with the pretrial agreement, and otherwise approved the sentence.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

**Decision**

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,


Sarah P. Valdes
Clerk of the Court